FILE COPY

No. 07-13-00156-CR

| | | |
|---|---|---|
| Ausbon Osborne<br>  Appellant | § | From the 396th District Court<br>  of Tarrant County |
| | § | |
| v. | | May 29, 2015 |
| | § | |
| The State of Texas<br>  Appellee | § | Opinion by Justice Campbell |

## J U D G M E N T

Pursuant to the opinion of the Court dated May 29, 2015, it is ordered, adjudged and decreed that the judgment of the trial court be affirmed.

It is further ordered that appellant pay all costs in this behalf expended for which let execution issue.

It is further ordered that this decision be certified below for observance.

o O o